# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Conti, Joy Flowers | 2. Court or Organization U.S. District Court WDPA | 3. Date of Report 05/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Article III Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

5250 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | W. Edward Sell American Inns of Court |
| 2. | At-Large Director | Federal Judges Association |
| 3. | Ex-Officio Member | Allegheny County Board of Directors |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Ross, Sinclaire & Associates, LLC - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pennsylvania Bar Association | January 28-February 3, 2014 | St. Thomas, VI | Mid-year Meeting | Lodging, Transportation, Meals |
| 2. | EDiscovery Intelligence | February 26-27, 2014 | Atlanta, GA | E-Discovery Seminar | Lodging, Transportation, Meals |
| 3. | New York Intellectual Property Law Association | March 28-29, 2014 | New York, NY | NYIPLA Annual Federal Judges' Dinner | Lodging, Transportation, Meals |
| 4. | Sedona Conference | April 9-11, 2014 | San Francisco, CA | Mid-year Meeting | Lodging, Transportation, Meals |
| 5. | George Mason University School of Law | April 27-29, 2014 | Charleston, SC | Judicial Symposium | Lodging, Transportation, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | Huron Legal Institute | April 30-May 1, 2014 | Washington, DC | E-Discovery Advocacy Institute | Lodging, Transportation, Meals |
| 7. | Pennsylvania Bar Association | May 13-15, 2014 | Harrisburg, PA | Women in Profession Annual Conference | Lodging, Transportation, Meals |
| 8. | American Bar Association | May 15-16, 2014 | New York, NY | National Institute on E-Discovery | Lodging, Transportation, Meals |
| 9. | American College of Bankruptcy | June 4, 2014 | Philadelphia, PA | Educational Event | Transportation, Meals |
| 10. | Academy of Trial Lawyers of Allegheny County | October 1-3, 2014 | Farmington, PA | Annual Masters of Trial Advocacy Retreat | Lodging, Meals |
| 11. | The Masters Conference | October 20-21, 2014 | Washington, DC | E-Discovery Seminar | Lodging, Transportation, Meals |
| 12. | EDiscovery Intelligence | October 21-23, 2014 | Atlanta, GA | E-Discovery Seminar | Lodging, Transportation, Meals |
| 13. | Ontario Bar Association | October 29-30, 2014 | Toronto, Canada | E-Discovery Institute | Lodging, Transportation, Meals |
| 14. | Georgetown University Law Center | November 19-21, 2014 | Washington, DC | Advanced E-Discovery | Lodging, Transportation, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. | -Federated PA Muni Service (Money Market) | A | Dividend | J | T | | | | | |
| 3. | -Red Mountain Resource Inc Stock | | None | J | T | | | | | |
| 4. | ROTH IRA ROLLOVER ACCOUNT #1 ACCOUNT #1 | D | Int./Div. | M | T | | | | | |
| 5. | -Pershing Government Money Market Fund | | | | | | | | | |
| 6. | -Deere & Co Stock | | | | | | | | | |
| 7. | -Lee Street Investors LLC Class B Units | | | | | | | | | |
| 8. | -Sanchez Energy Corp Stock | | | | | | | | | |
| 9. | -Prospect Cap Corp Stock | | | | | | | | | |
| 10. | -Newcastle Invt Corp (REIT) | | | | | | | | | |
| 11. | -GDL Fund | | | | | Sold | 05/21/14 | J | A | |
| 12. | -Knox Cnty, KY Hospital Bond (5.875% due 12/01/36) | | | | | Sold | 10/20/14 | K | C | |
| 13. | -New Residential Invt Corp Stock (REIT) | | | | | Sold | 05/14/14 | J | | |
| 14. | -TRC Companies Stock | | | | | | | | | |
| 15. | -II VI Inc Stock | | | | | Buy | 01/24/14 | K | | |
| 16. | | | | | | Sold | 08/20/14 | J | | |
| 17. | -New Media Inv Group Stock | | | | | Spinoff (from line 10) | 02/20/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Atlas Resource Partners LP | | | | | Buy | 08/20/14 | K | | |
| 19. | | | | | Sold | 11/25/14 | K | | |
| 20. -New SR Invt Group Inc (REIT) | | | | | Spinoff (from line 10) | 11/13/14 | J | | |
| 21. RETIREMENT PLAN #2 | C | Int./Div. | N | T | | | | | |
| 22. -CREF Stock Fund (Part VIII) | | | | | Sold (part) | 12/01/14 | K | | |
| 23. -TIAA Traditional Annuities | | | | | | | | | |
| 24. -TC Intl Eq-Rtmt Fund | | | | | | | | | |
| 25. -TC Small Cap Eq-Rtmt Fund | | | | | | | | | |
| 26. -Vanguard Extended Mkt Index Fund | | | | | | | | | |
| 27. -Vanguard REITIndex Signal Fund | | | | | | | | | |
| 28. -CREF Money Market | | | | | Open | 12/01/14 | K | | |
| 29. ROTH IRA ROLLOVER ACCOUNT #3 | B | Int./Div. | M | T | | | | | |
| 30. -Pershing Government Money Market Fund | | | | | | | | | |
| 31. -Navidea Biopharmaceuticals Stock | | | | | | | | | |
| 32. -Knox Cnty, KY Hosp Bond (5.875% due 12/01/36) | | | | | Sold | 10/20/14 | K | D | |
| 33. -Lee Street Investors LLC Class B Units | | | | | | | | | |
| 34. -Sanchez Energy Corp Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Springfield OH Summit County Bond (6.125% due 9/01/40) | | | | | | | | | |
| 36. -American Intl Group Stock | | | | | | | | | |
| 37. -Boeing Co Stock | | | | | Buy (add'l) | 03/21/14 | J | | |
| 38. -Viasat Inc Stock | | | | | | | | | |
| 39. -Federated International Leaders Fund | | | | | Buy | 11/20/14 | K | | |
| 40. -JP Morgan Value Advantage Fund | | | | | Buy | 11/20/14 | K | | |
| 41. IRA ROLLOVER ACCOUNT #6 | A | Int./Div. | K | T | | | | | |
| 42. -S&T Bancorp Stock | | | | | | | | | |
| 43. -Janney Advantage Insured Sweep (Money Market) | | | | | | | | | |
| 44. MELLON BANK: ACCOUNTS | | None | J | T | | | | | |
| 45. CITIZENS BANK: ACCOUNTS | | None | J | T | | | | | |
| 46. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 47. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 48. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 49. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 50. GENERAL AMERICAN: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 51. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 53. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 54. HUNTINGTON BANK ACCOUNT | | None | K | T | | | | | |
| 55. SIMPLE IRA ACCOUNT #1 | C | Int./Div. | M | T | | | | | |
| 56. -Pershing Government Money Market Fund | | | | | | | | | |
| 57. -Nuance Communications Inc Stock | | | | | | | | | |
| 58. -Prospect Cap Corp Stock | | | | | | | | | |
| 59. -American Intl Group Inc Stock | | | | | | | | | |
| 60. -Newcastle Invt Corp Stock (REIT) | | | | | | | | | |
| 61. -II VI Inc Stock | | | | | Buy | 01/24/14 | J | | |
| 62. | | | | | Sold | 11/20/14 | J | | |
| 63. -New Media Invt Group Inc Stock | | | | | Spinoff (from line 60) | 02/20/14 | J | | |
| 64. -Boeing Inc Stock | | | | | Buy | 03/21/14 | J | | |
| 65. -Navidea Biopharmaceuticals Inc Stock | | | | | Buy | 05/14/14 | J | | |
| 66. -New SR Invt Group Inc (REIT) | | | | | Spinoff (from line 60) | 11/13/14 | J | | |
| 67. -JP Morgan Value Advantage Fund | | | | | Buy | 11/20/14 | K | | |
| 68. BROKERAGE ACCOUNT #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Federated PA Muni Cash (Money Market) | A | Dividend | K | T | | | | | |
| 70. -Pa St Fin Auth Rev Rfdg Penn Hills Bond (0% due 12/1/23) | | None | J | T | | | | | |
| 71. -Canonsburg-Houston Pa Sewer Bond (3.55% due 12/1/14) | A | Interest | | | Sold | 11/14/14 | K | | |
| 72. -Cambria Cnty Pa IDA Bond (4% due 10/1/22) | B | Interest | K | T | | | | | |
| 73. -Pa St Higher Educ Facs Bond (5.125% due 4/01/33) | A | Interest | | | Redeemed | 04/17/14 | K | B | |
| 74. ROTH IRA ROLLOVER ACCOUNT #7 | | None | K | T | | | | | |
| 75. -Safe-T-Shade LLC | | | | | | | | | |
| 76. SEVENTH STREET INVESTMENT LP | | None | K | T | | | | | |
| 77. AMG CELEBRATIONS | | None | J | T | | | | | |
| 78. TAASERA INC STOCK | | None | K | T | Buy | 04/22/14 | K | | |
| 79. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information for Part VII (Investments and Trusts):

From prior years:

There is no Retirement Plan # 1

There is no IRA Rollover/Roth IRA Rollover Account # 2, 4 or 5

Current year:

Line 22 - Retirement Plan #2 - CREF Stock Fund

On 12/01/14 some shares of CREF Stock Fund were sold and transferred to the CREF Money Market Fund. This retirement plan was funded from 1976 through 1982, years
before the reporting individual became a judge. Because this is a retirement plan with no IRS reporting requirement for individual transactions, records do not exist for the
original cost basis or subsequent reinvestments of the CREF Stock Fund shares that were transferred during 2014. Accordingly, no gain information can be computed or
reported.

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joy Flowers Conti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544